UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  **Civil Action No.:**
WILLIAMS ARTURO POLANCO,

                                        Plaintiff,

                                                                          **NOTICE OF REMOVAL**

                 -against-

PROTECTIVE INSURANCE,

                                        Defendant.
------------------------------------------------------------------------X

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

      Defendant-Petitioner, PROTECTIVE INSURANCE COMPANY i/s/h/a PROTECTIVE INSURANCE, files this notice to remove the foregoing case to the United States District Court for the Southern District of New York, and respectfully show this Court:

      1.     A civil action was commenced in the Supreme Court of Bronx County, State of New York, in which the above-named individual, WILLIAMS ARTURO POLANCO, is the plaintiff and the petitioner is defendant PROTECTIVE INSURANCE COMPANY i/s/h/a PROTECTIVE INSURANCE. The action is entitled <u>WILLIAMS ARTURO POLANCO v. PROTECTIVE INSURANCE</u> and bears Index Number 817863/2022E.

      2.     This is a civil action seeking underinsured motorist benefits under a policy of insurance issued by defendant for damages arising out of a motor vehicle accident involving an underinsured motor vehicle. The plaintiff alleges personal injuries. The plaintiff's complaint and addendum demand an amount in excess of the lower courts jurisdictional limits.

      3.     This action involves a controversy between a citizen of the State of New York, and a corporation of the State of Indiana in that: (a) the plaintiff Williams Arturo Polanco is now, and was at the time said action was commenced, a resident of the State of New York; and (b)

4885-3291-1172.1

petitioner Protective Insurance Company was at the time of the accident and remains a corporation created under the laws of the State of Indiana and currently maintains its principal place of business within the State of Indiana.

4. The above action was filed against defendant-petitioner in New York Supreme Court, County of Bronx. A copy of the Complaint is annexed hereto as **Exhibit "A"**. Service of the complaint was not attempted until on or after December 5, 2022.

5. No proceedings have occurred in the state court action, and the defendant has recently served an Answer to plaintiff's Complaint. A copy of the Verified Answer is annexed hereto as **Exhibit "B"**.

6. Said action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between the plaintiff and the defendant.

7. Defendant, PROTECTIVE INSURANCE COMPANY is the petitioner for the removal of this case to this Court.

8. This motion is filed within thirty (30) days of receipt by petitioner, PROTECTIVE INSURANCE COMPANY, of the plaintiff's Summons and Complaint. To date, plaintiff's counsel has not agreed to cap damages to $75,000.

9. Written filing of this motion will be given to the plaintiff promptly after the filing of this motion, as is required by law.

10. A true and correct copy of this motion will be filed with the Clerk of the Supreme Court of Bronx County, State of New York promptly after the filing of this motion, as is required by law.

11. Attached to this motion, and by reference made a part hereof, are true and correct copies of all process, pleadings and orders filed in the aforesaid action. See Exhibits A and B.

12. By filing this Notice of Removal, petitioner does not waive any defense which may be available to them, specifically including, but not limited to, their right to contest in personam jurisdiction over the petitioner, improper service of process upon the petitioner, and the absence of venue in this Court or in the court from which the action has been removed.

WHEREFORE, defendant, PROTECTIVE INSURANCE COMPANY i/s/h/a PROTECTIVE INSURANCE, prays that this action proceed in this Court as an action properly removed thereto.

Dated: New York, New York
January 4, 2023

                                                       Yours etc.,

                                                       LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *James M. Strauss*
James M. Strauss
*Attorneys for Defendant*
**PROTECTIVE INSURANCE COMPANY**
**i/s/h/a PROTECTIVE INSURANCE**
77 Water Street, Suite 2100
New York, New York 10005
Telephone: (212) 232-1300
File No.: 29881.445

TO: FORTUNATO & FORTUNATO, PLLC
*Attorneys for Plaintiff*
26 Court Street, Ste. 1301
Brooklyn, New York 11242
Phone No.: (718) 858-4366
Fax No.: (718) 852-6432

4885-3291-1172.1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of January, 2023, the foregoing document, **NOTICE OF REMOVAL**, was served via first class mail upon:

FORTUNATO & FORTUNATO, PLLC.
*Attorneys for Plaintiff*
WILLIAMS ARTURO POLANCO
26 Court Street, Ste. 1301
Brooklyn, New York 11242

    I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
          4th day of January, 2023

                                          *James M. Strauss*
                                          James M. Strauss