UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAMS ARTURO POLANCO,<br><br>      Plaintiff,<br><br>-against-<br><br>PROTECTIVE INSURANCE,<br><br>      Defendant. | 23-cv-62 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The discovery conference scheduled for October 2, 2023, is rescheduled to **December 5, 2023 at 12 PM**, after the close of expert discovery. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 628 382 561, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel. In addition, the parties are advised that any discovery disputes should be promptly raised before the close of discovery.

  SO ORDERED.

Dated: October 2, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge