UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAMS ARTURO POLANCO,<br><br>         Plaintiff,<br><br>-against-<br><br>PROTECTIVE INSURANCE,<br><br>         Defendant. | 23-cv-62 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As stated during the March 4, 2024 conference, dispositive motions shall be filed no later than April 25, 2024. No later than **March 5, 2024**, the parties shall file a joint letter proposing a briefing schedule consistent with this deadline.

  SO ORDERED.

Dated: March 4, 2024
    New York, New York

                       _____
                         ARUN SUBRAMANIAN
                        United States District Judge