

James M. Strauss
77 Water Street, Suite 2100
New York, New York 10005
James.Strauss@lewisbrisbois.com
Direct: 212.232.1344

March 14, 2024

File No. 29881.445

**VIA ECF**

Hon. Arun Subramanian, U.S.D.J.
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    **Polanco v. Protective Insurance Company; Case No. 23-cv-00062 (AS)**

Dear Judge Subramanian:

    The parties have agreed to a voluntary discontinuance with prejudice of one claim in Plaintiff's Complaint – namely, Plaintiff's claim of bad faith. We ordinarily would file this Stipulation via ECF, but it is not a Voluntary Stipulation dismissing the whole case. Accordingly, we respectfully request that you endorse the Stipulation as a "So Ordered" Stipulation.

    As Your Honor is aware, the parties will be mediating this case in April.

    Thank you in advance for your consideration of the above.

                                       Respectfully submitted,

                                       James M. Strauss

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

137818314.1

James M. Strauss
Lewis, Brisbois, Bisgaard & Smith, LLP
Attorneys for Defendant
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Civil Action No.: 23-cv-00062

WILLIAMS ARTURO POLANCO,

                             Plaintiff,   **STIPULATION OF**
    -against-   **VOLUNTARY DISMISSAL**
   **PURSUANT TO F.R.C.P.**
PROTECTIVE INSURANCE COMPANY,   **41(a)(1)(A)(ii)**

                            Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the Second Cause of Action of the plaintiff's verified complaint dated November 28, 2022 and all allegations of bad faith in the above-captioned action are voluntarily dismissed, with prejudice against the defendant PROTECTIVE INSURANCE COMPANY pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  New York, New York
         March 4, 2024

FORTUNATO & FORTUNATO PLLC

*Ronald Gill*
By: Ronald W. Gill, Esq.
*Attorneys for Plaintiff*
WILLIAMS ARTURO POLANCO
26 Court Street, Ste. 1301
Brooklyn, New York 11242
Phone No.: (718) 858-4366
r.gill@fortunatolawfirm.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

*James M.*
By: James M. Strauss, Esq.
*Attorneys for Defendant*
PROTECTIVE INSURANCE COMPANY
77 Water Street, Suite 2100
New York, New York 10005
Ph: (212) 232-1300
File No.: 29881-445
james.strauss@lewisbrisbois.com

March 14, 2024
SO ORDERED: _____
                         U.S.D.J.