# FORTUNATO & FORTUNATO, PLLC
## ATTORNEYS AT LAW

26 Court Street, Suite 1301, Brooklyn, New York 11242
Tel: (718) 858-4366  •  Fax: (718) 852-6432  •  Toll Free: (866) 452-3809
www.fortunatolawfirm.com

Annamarie Fortunato
Camille A. Fortunato

Ronald W. Gill
Maria E. Lozano
Julia I. Porper
Milard King Roper
OF COUNSEL
Anthony Cugini
Ronald A. Dario

COMPENSATION SPECIALISTS
George J. Fortunato
*Ralph Fortunato
*Dennis M. Virga
(*Deceased)

INVESTIGATORS
Frank G. Cush
Tony Santare

July 31, 2024

**Sent: VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

Re:   **Williams Polanco v. Protective Insurance Company**
      **US Dist. Court, Southern Dist. of NY**
      **Docket No. : 23-cv-00062**

Dear Judge Subramanian:

Please accept the following as the parties' Joint Letter in response to the Court's Opinion and Order re: Docket Nos. [31 and 38] Protective Insurance Motion for Summary Judgment: the parties jointly propose a trial date of the week of October 28, 2024.

Respectfully Submitted,

Ronald W. Gill, Esq.
FORTUNATO & FORTUNATO, PLLC
Attorneys for Plaintiff
26 Court Street, Ste. 1301
Brooklyn, New York 11242
Phone No.: (718) 858-4366
Fax No.: (718) 852-6432
r.gill@fortunatolawfirm.com

345 Union Street   •   Hackensack, New Jersey 07601   •   (201) 346-1302

_____
James M. Strauss, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Attorneys for Defendant
77 Water Street, Ste 2100
New York, New York 10005
Phone No.: (212) 232-1300
Fax No.: (212) 232-6000
*James.Strauss@lewisbrisbois.com*