UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Williams Arturo Polanco,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>Protective Insurance,<br><br>　　　　　　　　Defendant. | 23-cv-62 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

　　On September 10, 2024, the parties requested an extension of the deadline to submit the proposed joint pretrial order and accompanying pretrial materials to October 11, 2024. Dkt. 41. On September 11, 2024, the Court granted this extension. Dkt. 42. The parties have not yet made these required submissions.

　　As a courtesy, the Court extends the deadline, *nunc pro tunc*, to **October 16, 2024 at 5:00 PM**. Failure to comply with this deadline may result in appropriate remedial measures.

　　SO ORDERED.

Dated: October 15, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge